IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.,<br>      *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, et al.,<br>      *Defendants.* | Case No.  24-cv-1985 |

**RESPONSE TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs Heritage Foundation and Mike Howell respectfully submit this response to Defendants U.S. Department of Defense and Office of Management and Budget's Motion for an Extension of Time to Respond to Complaint. ECF No. 6 ("Def. Mot." or "Defendants' Motion").

Plaintiffs seek responses to two Freedom of Information Act ("FOIA") requests for (1) records of all medications dispensed onboard aircraft with the call sign designation "Air Force One" from January 20, 2021 through February 27, 2024; and (2) all prescription medications dispensed onboard aircraft with the call sign designation "Air Force One" on sixteen discrete date ranges spanning from June 9, 2021 through October 18, 2023.  ECF No. 1, Compl. ¶ 1. Both Requests were submitted in late February 2024.  *Id.*  The most recent response Plaintiffs have received from the Department of Defense is that the requested records "do not fall within [the Air Force's] release jurisdiction" and that the Requests had been referred to the Office of Management and Budget on April 4, 2024.  ECF No. 1, Compl. ¶ 17.  155 days have passed since Plaintiffs submitted the earlier of the Requests.

As Defendants' Motion states, Plaintiffs consented to a ten-day extension "with conditions."  Def. Mot at 1.  But Defendants are silent as to what those "conditions" were.  When Defendants contacted Plaintiffs seeking a 20-day extension of time to respond to the Complaint,

1

Plaintiffs indicated a willingness to agree to a 10-day extension if Defendants provided Plaintiffs with a *CREW* determination on or before the date the Answer is filed.  *See Citizens for Resp. & Ethics in Washington v. Fed. Election Comm'n,* 711 F.3d 180, 188 (D.C. Cir. 2013) ("Rather, in order to make a "determination" and thereby trigger the administrative exhaustion requirement, the agency must at least: (i) gather and review the documents; (ii) determine and communicate the scope of the documents it intends to produce and withhold, and the reasons for withholding any documents; and (iii) inform the requester that it can appeal whatever portion of the "determination" is adverse").

Given the likelihood Defendants will withhold records and the possibility that those withholdings will be challenged, Plaintiffs submit that the earlier a determination is received, the better.  In interest of accommodating Defendants' Counsel's schedule however,  Plaintiffs are willing to consent to the full twenty-days requested on the condition that Defendants provide a *CREW* determination on or before the date the Answer is filed.

Dated: July 31, 2024					Respectfully submitted,

/s/ Eric Neal Cornett
ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone:  (606) 275-0978
Email:  neal@cornettlegal.com

SAMUEL EVERETT DEWEY
D.C. Bar No. 999979
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email:  Kyle.Brosnan@heritage.org

MAX TAYLOR MATHEU
(No. 90019809)
Telephone:  (727) 249-5254
Email:  maxmatheu@outlook.com

*Counsel for Plaintiffs*